IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

PAUL SAVAGE,

   Petitioner,

v.              Case No.  5D16-875

STATE OF FLORIDA,

   Respondent.

_____/

Opinion filed April 22, 2016

Petition for Belated Appeal
A Case of Original Jurisdiction.

Paul Savage, Milton, pro se.

Pamela Jo Bondi, Attorney General
Tallahassee, and Marjorie Vincent-Tripp,
Assistant Attorney General, Daytona
Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed
with the trial court and be treated as the notice of appeal from the order denying
amended motion for post-conviction relief, rendered December 7, 2015, in Case No.
08-776-CF-52, in the Circuit Court in and for Putnam County, Florida.  See Fla. R. App.
P. 9.141(c)(6)(D).

   PETITION GRANTED.

SAWAYA, BERGER, and WALLIS, JJ., concur.